# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL,<br>    Plaintiff,<br><br>        v.<br><br>DAWOD AISHOUA, et al.,<br>    Defendant. | Case No. CV 19-7092 DSF (SKx)<br><br>JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to request entry of default as to defendants Dawod Aishoua and Hollywood Normandie, LLC,

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: February 19, 2020

                                              Dale S. Fischer<br>
                                              United States District Judge